# United States District Court

## SEALED
## FILED

Eastern **DISTRICT OF** California

SEP 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

The Residence and Detached Garage located at 3326 Meacham Ranch Road, Angels Camp, California, and a Lincoln Towncar, Florida License Plate 631YZW, and any other vehicles parked at said residence and under the control of occupants of said residence

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 1:11 SW 00221  SKO

I, Ramon C. Johnson _____ being duly sworn depose and say:

I am a(n) Special Agent of the Federal Bureau of Investigation _____ and have reason to believe

Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
See Attachment 1.

in the Eastern _____ District of California ,

there is now concealed a certain person or property, namely (describe the person or property)
See Attachment 2.

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
(1) property that constitutes evidence of the commission of a criminal offense; (2) contraband and fruits of the crime, or other items illegally possessed; (3) property designed or intended for use or which is or has been used as a means of committing a criminal offense

in violation of Title 18 _____ United States Code, Section(s) 875(d) _____ .
The facts to support the issuance of a Search Warrant are as follows:
See Affidavit of FBI Special Agent Ramon C. Johnson which is attached hereto, and incorporated herein.

Continued on the attached sheet and made a part hereof.      ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

September 28, 2011 _____
Date

at   Fresno, CA
City and State

_____
Sheila K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## ATTACHMENT 1

- 3326 Meacham Ranch Road, Angels Camp, California is a parcel of land off Meacham Ranch Road.  There is a white fence on the side of Meacham Ranch Road, at the head of a dirt driveway, which contains "3326" in black letters.  The aforementioned dirt driveway provides access onto the parcel of land.  On a hilltop on the plot of land is the real property to be searched, a one-story single-family residence with a light gray wooden exterior and a brown wooden deck attached, and a detached garage with a light gray wooden exterior.





- Lincoln Towncar, Florida plate #631YZW, as well as any other vehicles parked at the aforementioned residence and under the control of occupants of the residence:



## ATTACHMENT 2

1.  Electronic devices used for internet access.

2.  Media capable of storing video recordings or photographs.

3.  Means for creating or duplicating video recordings.

4.  Personal computers containing materials relating to:

    a.  greyhound racing;
    b.  video recordings of greyhounds or events connected to greyhound racing;
    c.  communications regarding greyhound racing or video recordings of greyhounds or of events connected to greyhound racing;
    d.  communications with the Office of the Governor of West Virginia;
    e.  communications with any individual pertaining to a plan to release video recordings connected with greyhound racing.

5.  Documents, correspondence, photographs, or other materials relating to:

    a.  greyhound racing;
    b.  video recordings of greyhounds or events connected to greyhound racing;
    c.  communications regarding greyhound racing or video recordings of greyhounds or of events connected to greyhound racing;
    d.  communications with the Office of the Governor of West Virginia;
    e.  communications with any individual pertaining to a plan to release video recordings connected with greyhound racing.

6.  The cellular telephone assigned number 785-280-9123;

7.  Devices capable of recording outgoing telephone numbers dialed from telephone number 209-736-6873.

## AFFIDAVIT

STATE OF CALIFORNIA

COUNTY OF FRESNO, to-wit:

I, Ramon C. Johnson, being first duly sworn, do hereby depose and state as follows:

1.      I have been a special agent with the Federal Bureau of Investigation (FBI) for
        approximately two and a half years and am currently assigned to the Fresno Resident
        Agency of the Sacramento Field Office, where I investigate a wide variety of violations
        of federal law. The following facts are based upon my discussions with other FBI agents
        with knowledge relevant to the events described herein.

### THE OFFENSE CONDUCT

2.      The Office of the United States Attorney for the Southern District of West Virginia
        and the FBI are investigating a threat made in violation of 18 U.S.C. § 875(d).

3.      The FBI has received a copy of a communication sent to the current acting Governor of
        West Virginia, who is running for election as Governor. The communication was sent
        using an interactive internet form titled "Submit a Comment to the Governor,"
        available on the official website of the Office of the Governor of West Virginia at
        http://www.governor.wv.gov/Pages/

        SubmitaCommenttotheGovernor.aspx (the "Comment Form"). The submission of a
        communication via the Comment Form results in an electronic mail communication
        being transmitted to an official electronic mail address for the Governor of West
        Virginia, which is received on a computer located in or around Charleston, Kanawha

County, West Virginia, in the Southern District of West Virginia. A copy of that communication is attached as Attachment A. The communication indicates that it was sent by person identifying himself as Marshall Rae, with a stated address of 4195 East Parson Point Road, Hernando, Florida. A review of the message reveals that the communication contains a threat to injure the reputation of the acting Governor through the release of certain videos, which relate to the greyhound racing business, to the media and the acting Governor's opponent in the election.

4.     The communication described in paragraph 3 was transmitted through a computer server maintained by Hughes Network Systems, LLC, in or around Las Vegas, Nevada.

5.     The FBI has also obtained copies of emails that were sent from "mrshllr@yahoo.com" to another person and which contain evidence of an intent to extort money in connection with the threat to release the videos referred to above. The sender of the emails identifies himself as Marshall Rae. Attachments B through G are copies of emails from "mrshllr@yahoo.com."

6.     The recipient of these emails is now acting as a confidential human source under the direction of agents of the FBI. On September 23, 2011, the confidential human source (CHS) arranged and conducted two recorded telephone calls with the sender of the emails described in paragraph 5 (the "subject"). During these calls, the subject identified himself as Marshall Rae. The CHS stated that he would pay the subject a sum of money in response to the subject's demands and sought to arrange a meeting with the subject for that purpose. The subject stated that he was in California and that the meeting would need to occur there. The CHS and the subject then arranged a

2

meeting for September 27, 2011, in Sunnyvale, California. The subject stated that he would have to drive several hours to reach Sunnyvale.

7. On or around September 26, 2011, the CHS and the subject again spoke by telephone and agreed to reschedule the planning meeting for September 29, 2011.

8. On or around September 27, 2011, an individual telephoned the campaign headquarters of Earl Ray Tomblin, the acting Governor of West Virginia. This individual stated that his name was Marshall Rae, that he had video recordings that would embarrass the greyhound industry, and that he had an offer to sell the tapes to individuals involved in the greyhound industry. The individual asked if the acting Governor was interested in acquiring the tapes. The campaign staff member who took the call stated that someone else would have to return the individual's call. The caller stated that he could be reached at 785-280-9123.

9. A search of public records using the LexisNexis database reveals that telephone number 785-280-9123 belongs to Marshall Rae of 4195 East Parsons Point Road, Lot 38E, Hernando, Florida. The number is assigned to Rae's cellular telephone.

## IDENTITY OF THE SUBJECT

10. In the electronic communication to the acting Governor, the email communications to the CHS, and the telephone calls with the CHS, the subject has identified himself as Marshall Rae. Marshall Rae is a former member of the National Greyhound Association (NGA) who has been involved in the greyhound racing business for many years.

3

11. In 2010, Marshall Rae contacted Gary Guccione, the President of the NGA, and stated that unless he was paid $22,000, he would release video recordings that would embarrass the greyhound racing industry. Rae stated that he would release the recordings to various media outlets, including ESPN, as well as to Grey2K, an organization that opposes greyhound racing. Guccione spoke with Rae on the telephone concerning this demand and confirmed, based on many years of personal experience with Rae, that the individual making the demand was in fact Rae.

12. In his emails to the CHS, the subject in this investigation similarly states that he will release to ESPN and Grey2K video recordings that damage the greyhound racing industry.

13. Attachment D is an email message from the subject to the CHS. The email message in Attachment D forwards previous email messages between the subject and Carey Theil, Executive Director of Grey2K. In an email from September 21, 2011 at 11:03 a.m., the subject tells Theil that he can be reached at two telephone numbers: 209-736-6873 and 785-280-9123.

14. As noted above, a search of public records using the LexisNexis database reveals that telephone number 785-280-9123 belongs to Marshall Rae of 4195 East Parsons Point Road, Lot 38E, Hernando, Florida. The number is assigned to Rae's cellular telephone.

15. A search of public records using the LexisNexis database reveals that telephone number 209-736-6873 belongs to Elizabeth A. Mullally and Cal V. Porter of 3326 Meacham Ranch Road, Angels Camp, California (the "Subject Premises").

4

16.      On June 18, 2009, the Taunton Daily Gazette of Taunton, Massachusetts, published the obituary of Ruth A. Silvia. The obituary stated that Silvia was a member of the National Greyhound Association, and that her survivors included her daughter Elizabeth A. Mullally-Porter of Angels Camp, California, as well as her son Harry M. Rae of Florida. Marshall Rae's full name is Harry Marshall Rae.

17.      A search of public records using the LexisNexis database shows that Elizabeth A. Mullally, currently residing at the Subject Premises, resided between 1988 and 1990 at 2 Saint Germain Street, Quincy, Massachusetts. A search of public records using the LexisNexis database also shows that during that same time, a person known as Elizabeth A. Rae resided at the same address.

18.      On September 23, 2011, the CHS sent the subject an email message (a copy of which is included as Attachment E) containing a hyperlink to a special webpage that, unbeknownst to the subject, had been created solely for the purpose of this investigation and was not available to the public. The CHS's email suggested that the subject use the hyperlink to view the webpage. Shortly after the CHS sent this email, the special webpage was accessed from a computer assigned internet protocol (IP) address 67.45.220.79.

19.      At the time the special webpage was accessed from IP address 67.45.220.79, that IP address was assigned by Hughes Network Systems, LLC, to Elizabeth A. Mullally, residing at the Subject Premises.

20.      Among the email messages sent from the subject to the CHS is a message sent on September 22, 2011 (Attachment F). This message makes two references to the

5

subject's sister, both involving the sister's computer. The first indicates that the subject's sister has been banned from posting on the internet forum at the website americangreyhounds.com. The second reference states, "get tomlins goon to stop trying to break into my sisters computer. It showed up on security norton." Earl Ray Tomblin is the acting Governor of West Virginia.

21.    On or around June 12, 2000, an application was submitted to the United States Postal Service for Harry Marshall Rae to be added as a valid recipient of mail at a post office box rented by Elizabeth Mullally and Calvin Porter of 3326 Meacham Ranch Road, Angels Camp, California. A copy of the post office box application is attached as Attachment H.

**PROBABLE EXISTENCE OF VIDEO RECORDINGS AND DUPLICATES**

22.    In connection with the 2010 extortion attempt against the NGA discussed in paragraph 11, Marshall Rae sent NGA President Gary Guccione a copy of some of the video recordings he claimed to possess. This copy includes video footage of greyhounds being trained in a manner that involves the infliction of pain and distress upon live rabbits. The footage thus demonstrates that Rae possesses both video recordings of the type he claims to possess and the means to create duplicate copies of that footage.

23.    The subject in this investigation recently has threatened other individuals connected with the greyhound racing industry with the release of damaging video footage.

24.    In a controlled telephone conversation with the CHS on or around September 26, 2011, the subject stated that copies of his video recordings are being kept on his sister's

6

computer and that his sister will disseminate them if anything goes wrong with the extortion plan.

25.    In an email exchange with the CHS, the subject directed the CHS to approach two other individuals involved in the greyhound racing industry, "Harlan" and "Tanner," and obtain money from them in response to the subject's extortion demand. The CHS responds that he refuses to approach Harlyn Goebel. The subject responds, "I'll take care on Harlin on my own ,in Texas." [sic] (See Attachment G.) This exchange indicates that Rae intends to maintain a duplicate copy of the video recordings potentially to use in future extortion schemes.

26.    On September 27, 2011, agents of the Modesto, California FBI office conducted a drive-by surveillance of the property located at 3326 Meacham Ranch Road in Angels Camp. The property is a large parcel of land off Meacham Ranch Road. Agents observed a structure/structures at three locations on the parcel: a one-story single-family residence (the Subject Premises) on a thickly forested hilltop, a group of structures to the north of the Subject Premises (at the base of the hilltop, approximately 0.1 miles away in straight-line distance), and a structure to the south of the Subject Premises (at the base of the hilltop, approximately 0.1 miles away in straight-line distance). Parked next to the Subject Premises were a green Lincoln Towncar with Florida plate #631YZW (registered to the subject) and a silver Buick coupe with California plate #6MPS757 (registered to James Mullally). See Attachment 1.

27.    On September 28, 2011, deputies of the Calaveras County Sheriff's Department (CCSD) visited the property at 3326 Meacham Ranch Road. They interacted with the

7

subject near the aforementioned southern structure, who indicated that Elizabeth Mullally was currently at the Subject Premises. He also indicated he and James Mullally lived at the Subject Premises, although did not get along with each other. He stated he was going to the southern structure to take care of chickens there. The deputies proceeded to the Subject Premises, where Elizabeth Mullally answered their knock at the front door. While speaking with Elizabeth Mullally at the front door, the deputies were able to see into the living room and observe a desktop computer, a black monitor, and a large machine (possibly an all-in-one, printer-scanner-copier-type machine) in the living room. When asked by deputies how it was going with her, the subject, and James Mullally living under one roof, she indicated that it was going okay since the subject was taking prescription medications to deal with his psychological issues.

28. Based on statements obtained and observations made on September 28, 2011 and from previous calls to the property, CCSD advised that the structure to the south is a chicken coop in which no humans reside, and the structures to the north are inhabited only by Jeffrey Porter (the son of Calvin Porter) and occasionally some of his friends.

### SEARCH AND SEIZURE OF COMPUTERS AND ELECTRONIC STORAGE

29. As previously stated, the investigation has determined that one or more computers are located at the Subject Premises and have been used in connection with the offense conduct.

30. Computer hardware is used to save copies of files and communications, while printers are used to make paper copies of same. Programs loaded on the drives are the means by which the computer can send, print and save those files and communications. Finally,

8

password and security devices are often used to restrict access to or hide computer software, documentation or data. Each of these parts of the computer is thus integrated into the entire operation of a computer. In order to best evaluate the evidence, the computers – and all of the related computer equipment described above – should be available to a computer investigator/analyst.

31.     An important step that is ordinarily part of an expert's forensic examination of a computer involves attempting to create an electronic "image" of those parts of the computer that are likely to store the evidence, fruits, instrumentalities, or contraband relating to the applicable offense. Generally speaking, imaging is the taking of a complete electronic picture of the computer's data, including all hidden sectors and deleted files.

32.     Special software, methodology, and equipment are used to obtain forensic images. Among other things, forensic images normally are processed using a computer algorithm to generate a very large number that is uniquely associated with the specific characteristics of the data in the image. The resulting number, known as a "hash value" confirms that the forensic image is an exact copy of the original and also serves to protect the integrity of the image in perpetuity. Any change, no matter how small, to the forensic image will affect the hash value so that the image can no longer be verified as a true copy.

### Forensic Analysis

33.     After obtaining a forensic image, the data will be analyzed. Analysis of the data following the creation of the forensic image is a highly technical process that requires

9

specific expertise, equipment, and software. There are literally thousands of different

hardware items and software programs that can be commercially purchased, installed,

and custom-configured on a user's computer system. Computers are easily customized

by their users. Even apparently identical computers can be significantly different with

respect to configuration, including permissions and access rights, passwords, data

storage, and security. It is not unusual for a computer forensic examiner to have to

obtain specialized hardware or software, and train with it, in order to view and analyze

imaged data.

34.     Analyzing the contents of a computer, in addition to requiring special technical skills,

equipment, and software, also can be very tedious. It can take days to properly search a

single hard drive for specific data. Searching by keywords, for example, often yields

many thousands of "hits," each of which must be reviewed in its context by the

examiner to determine whether the data is within the scope of the warrant. Merely

finding a relevant "hit" does not end the review process. The computer may have stored

information about the data at issue: who created it; when it was created; when it was

last accessed; when it was last modified; when was it last printed; and when it was

deleted. Operation of the computer by non-forensic technicians effectively destroys this

and other trace evidence.

35.     Moreover, certain file formats do not lend themselves to keyword searches. Keywords

search for information in text format. Many common electronic mail, database and

spreadsheet applications do not store data as searchable text. The contents of Adobe

".pdf" files often are not searchable via keyword searches. Microsoft Outlook data is an

10

example of a commonly used email program that stores data in a non-textual, proprietary manner. Ordinary keyword searches will not reach this data. Documents printed by the computer, even if the document never was saved to the hard drive, are recoverable by forensic examiners, yet they are not discoverable by keyword searches because the printed document is stored by the computer as a graphic image and not as text. Similarly, faxes sent to the computer are stored as graphic images and not as text.

36. Analyzing data on-site has become increasingly difficult as the volume of data stored on a typical computer system has grown ever more vast. For example, a single megabyte of storage space is the equivalent of 500 double-spaced pages of text. A single gigabyte of storage space, or 1,000 megabytes, is the equivalent of 500,000 double-spaced pages of text. Computer hard drives are now capable of storing more than 250 gigabytes of data and are commonplace in new desktop computers. Server computers frequently contain even more storage space. And, this data may be stored in a variety of formats or encrypted. The sheer volume of data also has extended the time that it takes to analyze data in a laboratory. Running keyword searches takes longer and results in more hits that must be individually examined for relevance.

37. Based on the foregoing, searching any computer or forensic image for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques, and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained. Evidence in graphic file format must be laboriously reviewed by examiners. Individuals engaged in criminal conduct can mislabel and hide files and directories, use codes to avoid using keywords, encrypt files,

11

deliberately misspell certain words, delete files, and take other steps to defeat law enforcement.

### Persistence of Digital Evidence

38.    Computers store data, both on removable media (for example, backup tapes) and internal media, in ways that are not completely known or controlled by most users. Once stored, data is usually not destroyed until it is overwritten. For example, data that is "deleted" by a user is usually not actually deleted until it is overwritten by machine processes (rather than user decision) that decide where to store data and when overwriting will occur. Therefore, files and fragments of files and other data may easily last months, if not years, if the storage media is retained.

39.    Typically, computer forensics focuses on at least three categories of data. These are: 1) active data – such as current files on the computer, still visible in file directories and available to the software applications loaded on the computer; 2) latent data – such as deleted files and other data that reside on a computer's hard drive and other electronic media in areas available for data storage, but which are usually inaccessible without the use of specialized forensic tools and techniques; and 3) archival data – such as data which has been transferred or backed up to other media such as CDs, floppy disks, tapes, ZIP disks, and flash memory drives.

40.    Active data includes not only files created by and with the user's knowledge, but also may include items such as Internet history log files, Internet cache files, system registry files (listing all the systems and software applications installed on a computer, including

12

the dates of installation, use, and deletion), and date/time file stamps automatically created that identify when files were created, modified, and last accessed.

41. Latent data includes data retained and stored on computer media in "unallocated" and "slack" space. Unallocated space refers to space on a hard drive that is available for the storage of new data. Slack space refers to any leftover space that remains when an active file is stored in particular location on the hard drive that is akin to an empty shelf in a closet containing other full shelves. Deleted files and other latent data that has not been overwritten by new data or files often may be accessed by a qualified forensic examiner from the unallocated and slack space on a computer user's hard drive months and years after such data was created by the user or the computer's operating system.

42. I know, based upon my training and experience, that a qualified forensic examiner may use knowledge of the mechanisms used to store electronic data to unlock and to uncover the activities of a computer's user years after the fact by examination of active, latent, and archival data. Through the use of proper computer forensic techniques such data and evidence of criminal offenses may be recovered, notwithstanding the passage of time since a crime occurred.

## Procedure for Handling Computers

43. As noted above, the subject has stated to the CHS that copies of the video recordings exist on his sister's computer and that she will disseminate them if any problem arises with the extortion plan. During a call with the subject to discuss a meeting, the CHS also heard a female in the background suggesting meeting locations to the subject. The

13

only female known to reside at the Subject Premises is the subject's sister, Elizabeth Mullally.

44.   Because there is probable cause to believe that a computer located at the Subject Premises not only contains evidence of a violation of 18 U.S.C. § 875(d), but is also an instrumentality of that offense, agents will seize any computer encountered on the Subject Premises.

## CONCLUSION

45.   Based on the foregoing, I have probable cause to believe that within the Subject Premises will be the items described in Attachment 2 hereto, all of which constitute evidence or instrumentalities of violations of 18 U.S.C. § 875(d).

The above information is true and correct to the best of my knowledge, information and belief.

_____
RAMON C. JOHNSON
Special Agent, FBI

Approved as to form:

_____
Duce Rice
Assistant U.S. Attorney

Subscribed and sworn to before me

September 28, 2011

_____
Sheila K. Oberto
United States Magistrate Judge

14

**Ferrell, Jennifer**

**Subject:**                              FW: Governor Contact Alert - Marshall Rae

**From:** Governor [mailto:support@wvinteractive.com]
**Sent:** Sunday, September 18, 2011 4:05 PM
**To:** Governor
**Subject:** Governor Contact Alert - Marshall Rae

Governor
***Marshall Rae*** has been added

Modify my alert settings   View Marshall Rae   View Contact

**YourName:**       Marshall Rae

**EmailAddress:**   mrshllr@yahoo.com

**Comments:**       Who ever gets this
Gov, you need to act on this immediatly[NOW] get ahold of your mother and kennel
owner DEAN MINER AT Wheeling.Have Dean fill you in on the videos I have on
you[w.virginia racing] and the ones I,ve used in Texas.I'm not shitting,and if you want
to press extortion charges thats OK,too.I wouldn"t mind going that route in the courts.
Call Dean,or I think you elections down the tubes.running [YOU] out of time before I
tund this over to your rival and t.v. and papers and ESPN. Waiting to here from
Dean,Igave him a few days.HE KNOWS I AIN'T BLUFFING.

**Organization:**

**Address1:**       4195 E.Parson Point Rd

**Address2:**

**City:**           Hernando

**State:**          Florida

**ZipCode:**        34442

**Phone:**

**Subject:**        greyhounds killing jackrabbits and being killed

**Other:**

**Completed:**      No

**ATTACHMENT A**

1

—— Forwarded Message ——
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Sunday, September 18, 2011 4:55 PM
**Subject:** Re:

OK,A few days and then the news media ,Molony and ESPN get it. You need to get ahold of Tomlins mother and him and explain how her job and his are in jeopardy.You should also get ahold of Vince,Julie and Especialy O'Donnel[barney]kay ,and the rest of them that deal with her.Leave Sherck,D.Strong and J.Black and Stout out of this,along with Frank Amato.    And I forgot,get Gable to give and that will be hard with his huge ego,but if he doesn't I'm really going to hit him hard with pictures for comments he made to us[OUTSIDE KENNELS] at Valley about how important he is to greyhound.Get his money but don"t know if he can save himself. he's probly  going to do time ,him andJimmy King.                  me

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:

give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:

—— Forwarded Message ——
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean.I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list,or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.Just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He  lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 Others,including Barneys Devilla farm that nobody  knows about.all

# ATTACHMENT B

together 6-8 0f the big boys at Wheeling.How do you think 150,000  skeltons of greyhounds will look in satalite imiaging,all with bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human bodies are hidden when the side walls of the well caved in.    For verication,just ask Kay.I spent 5 days visiting her farm last Memorial,left right from Titsworths farm to Kays place  with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.

To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of $50.000 made out to a Boy Scout troop of my choosing'

please don't be stupid like Gary and Marty Tanner.this can and might be all over the t.v. up their way before the election. and if you want to get a lawyer and get me for extotion.thats OK ,to I get a public forum in court to show videos.  ps.there were 60 races a day,four dogs to arace,for 4 days.PLUS  all the coursing. Julies going to love these.        MR

ATTACHMENT B

----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Tuesday, September 20, 2011 11:14 PM
**Subject:** Re:

Dean,I"d like a reply by noonish Friday 9-23 and delivery by overnite Fed-Ex---- Sat del.or no laterer than Monday delivery or have somebody fly it to a address I"ll give you.The rush is, as you know the election date.If this doesn"t work out between us ,they will want 8-9 days of t.v Ad time. Also I'm forwarding an e-mail from Grey 2 k.They heard about the Texas Videos ,and although coy with his wording in e-mail[Chicken shit] they want the tapes for legislative purposes in W.virginia.   MR

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:

give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:

----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean,I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list,or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.Just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 Others,including Barneys Devilla farm that nobody knows about,all together 6-8 0f the big boys at Wheeling.How do you think 150,000 skeltons of greyhounds will look in satalite imiaging,all with bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human

bodies are hidden when the side walls of the well caved in.    For verication,just ask Kay,I spent 5 days visiting her farm last Memorial,left right from Titsworths farm to Kays place  with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.
To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of 650.000 made out to a Boy Scout troop of my choosing'
please don't be stupid like Gary and Marty Tanner,this can and might be all over the t.v. up their way before the election. and if you want to get a lawyer and get me for extotion,thats OK ,to I get a public forum in court to show videos.  ps,there were 60 races a day,four dogs to arace,for 4 days,PLUS all the coursing. Julies going to love these.        MR

ATTACHMENT C

----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 2:08 AM
**Subject:** Fw: Special Project

----- Forwarded Message -----
**From:** Carey Theil <carey@grey2kusa.org>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Wednesday, September 21, 2011 12:28 PM
**Subject:** Re: Special Project

Thanks Marshall.

His name is Greg, and he will call you sometime in the next few days.

He is legit. No worries about that. He is working for us, on a special project. ;)

We endorsed Maloney for Governor in WV yesterday. See:

http://saving-greys.blogspot.com/2011/09/for-greyhound-advocates-bill-maloney-is.html

Sincerely,
Carey

Carey M. Theil
Executive Director, GREY2K USA

ATTACHMENT D

www.GREY2KUSA.org
www.GREY2KUSAEDU.org
(617) 666-3526



**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** Carey Theil <carey@grey2kusa.org>
**Sent:** Wednesday, September 21, 2011 11:03 AM
**Subject:** Re: Special Project

I"m ok with it.Numbers to reach me at Pacific time are 209-736-6873 / / / or 785-280-9123..Best time is 1:00 p.m. on for rest of day.I raised 300 pullets for Boy Scouts and donate eggs for them to sell for camping trips and projects.That takes me 3 hours in the morning 6.30 to 9.30
  please vet this person good,I've received 20 + threats since Texas videos were released and expect more from W.Virginia
                                                                    Marshall

**From:** Carey Theil <carey@grey2kusa.org>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Tuesday, September 20, 2011 11:53 AM
**Subject:** Special Project

Marshall,

We are working on a special project, and could really use your help.

Would you be willing to talk to someone, and educate them about dog racing?  The conversation would be completely confidential.

Part of this project involves researching the greyhound racing industry, and no one knows the industry better than you do.

This would be tremendously helpful.  Let me know if you are willing to help in this way ...

Sincerely,
Carey

Carey M. Theil
Executive Director, GREY2K USA
www.GREY2KUSA.org
www.GREY2KUSAEDU.org
(617) 666-3526



ATTACHMENT D

----- Forwarded Message -----
**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 24, 2011 1:10 AM
**Subject:** Re: youre right marshall

Tomblin talked about potentially damaging greyhound activities that DID NOT occur at his parents farm or in WV and that his opponents might bring such to light.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Saturday, September 24, 2011 12:49 AM
**Subject:** Re: youre right marshall

Dean.what did the article say.the newspaper removed the article and issued a retraction.Somebodys head is rolling.

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** "mrshllr@yahoo.com" <mrshllr@yahoo.com>
**Sent:** Friday, September 23, 2011 3:19 PM
**Subject:** youre right marshall

https://apps.wv.gov/governor/pressdistribution/article815.html

You're making someone nervous.  I'll use this press release to get the other deadbeats to come up with the remaining 12.5k

Dean

ATTACHMENT E

**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 9:33 AM
**Subject:** Re: dogs

Mr. Rae: I do not know the administrator of the American Greyhounds site or anything about your sister being banned, so I can not help you in that regard.  As far as you selling me your assets, I am not stalling.  Imagine my position as far as approaching these named people for financial contributions for your assets.  Even though your assets have zero to do with me and do not include people that I do business with, I'm doing my best to satisfy your demands.  A small percentage of bad people can be found in every walk of life and apparently, you have eveidence of this small percentage in the industry that I love.  For that reason, I am doing everything that I can to satisfy your demands along the schedule you've tabled.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 2:07 AM
**Subject:** Re: dogs

dean,after the news yesterday I've got several request for videos from Maloney chief of staff.I'll send copy so you don't think I'm shitting you.I have a deal pending with you til Fri noon and I'll honor it til then. On anther matter,if the guy running american greyhounds forums and who-ever put him up to  banning my sisters---OLD 40site -- want to play chicken,.tell them if the site is not back on for OLD 40 by 4:00 pm eastern tomorrow I'll release videos on Bluffs guy,South Florida and 40 kansas farmers I taped picking up jacks at Tom Taplins Sunday nite last year before Memorial Day ,and the next Sunday nite ,this is the next day after I left Kays.Ask David Strong to verify that i was there,and ask Steve Ward,he didn"t even know I followed him from the motel at the Mexican restaurant he stayed at ,from his 4 hour trip from his farm to pick up jacks.I had a long range, nite vision camera the State Police got me from game wardens in area,and I have 35 + guys,their trucks,and plate numbers,along with paying Taplin cash.really big stack of 20s,,5s  and ones.so tell the amer.forum guy it's on Him if OLD 40 isn't unbanned and reposted.ALSO,get tomlins goon to to stop trying to break into my sisters computer.It showed up on security norton  report.Have to go to Att.General about it,as the Texas State police are watching my back because of threats.e-mail me back,getting nervous about you stalling. MR

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:


give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:


----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean,I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list,or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 0thers,including Barneys Devilla farm that nobody knows about,all together 6-8 0f the big boys at Wheeling.How do you think 150,000 skeltons of greyhounds will look in satalite imiaging,all with bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human bodies are hidden when the side walls of the well caved in. For verication,just ask Kay,I spent 5 days visiting her farm last Memorial,left right from Titsworths farm to Kays place with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.
To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of $50.000 made out to a Boy Scout troop of my choosing'
please don't be stupid like Gary and Marty Tanner.this can and might be all over the t,v. up their way before the election. and if you want to get a lawyer and get me for extotion,thats OK ,to l get a public forum in court to show videos.  ps,there were 60 races a day,four dogs to arace,for 4 days,PLUS  all the coursing. Julies going to love these.      MR

**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 10:17 PM
**Subject:** Re: dogs

I appreciate your last email and strangely, feel a bit of a bond with you, especially in regards to Goebel. I have to trust you at your word and strangely, most of me does.  I can't stand many of the people that you've mentioned and that includes the NGA. I'm still not pleased that I have to be a part of any of this. Especially, the 10k that I've contributed to the project, but even though I don't like some of the people, I've got to try and save my own business.

It is illegal to ship money in any form therefore it can not be insured.  I will work on a solution, quickly. Let me sleep on it and I'll get back to you tomorrow am.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 9:54 PM
**Subject:** Re: dogs

Ok on Harlin and if need be Vince. I"ll take care on Harlin on my own ,in Texas. If you get it together,you"ll never hear from me again and you'll get the videos.HOW do you propose doing this,flying one of your helpers here exchange, the items and he/she flys home?give me a solution. On Theil,I've never before trusted him ,but the other party IS offering $100,000.for the videos that pertain to West Vir., plus a consolting job for 2 years,,if they win.I am not on any condition coming to Wheeling or any were but on my ground.If you need to check around on this next statement,their"s not many around to confirm it,But during the strike ,in New England,I was one of two cleaners sent out on road trips to stop scabs from bringing dogs in from Portland,to New England.I"ve burned out my own uncle's kennel on road to Vermont,and numerous other jewish -lighting happenings in Revere ,even poisioned dogs of the famous Whitey Bolger that had the dogs in Jocko McCormicks kennel at Seabrook. I'm not scared of violence,but sure as hell not coming up there looking for it.
 SO recap,,,you get tapes,never to here from me again about West Virginia ,and you come up with plan for exchange.Hell,I"ll sent you a copy of the tapes Monday-Tues. for nothing.Ever heard of insuring the package.Come up with something,because the

other party wanting to really meet. For what its worth,I've never mentioned the tapes to Theil,he has talked to sombody in Texas or saw the Tapes on line at Texas Racing Comm. He's assuming I have them,but I've never mention them to ANY BODY but Gary and you,and of course Texas State Police.Shit,Iwent to Kansas meeting with Att. Gen. and had 4 death threats before I got to Joplin ,mo. on my way home.Texas State Police are going to take care of him for corruption.

**From: dean miner <sixthandeighth@yahoo.com>**
**To: MARSHALL RAE <mrshllr@yahoo.com>**
**Sent: Thursday, September 22, 2011 5:51 PM**
**Subject: Re: dogs**

Mr. Rae:

I'm a businessman, not a dogman perse.  Towards that end, I'm treating this as business and you haven't addressed a few of the points that I brought up.  You did not address your plans to give me the tapes and not sell them to Theil or approach me again next year with similar demands.  I think the Maloney people are leaking a bit of this as some veiled info has gotten back to me, so I do believe everything that you're saying.

I am doing my best to satisfy your requests, but there is one that I don't think that I can accomplish.  I will not call Harlyn Goebel for anything in this lifetime.  Draw your own conclusions.

In addition, I once fedexed $10,000 to a business associate and it was lost.  There's no way that I'm putting 40-50k in any form of mail, fedex or ups fashion etc.

I've been very cooperative, but I do need answers/alternate plans to these few details mentioned above.

**From: MARSHALL RAE <mrshllr@yahoo.com>**
**To: dean miner <sixthandeighth@yahoo.com>**
**Sent: Thursday, September 22, 2011 8:11 PM**
**Subject: Re: dogs**

Dean,Iwas going to e-mail you earlier,becausre I thought you were twisted around on this.I'm not picking on those I named per-say and for you to save them,They were the ones stupid enought to get caught by me laying out all nite at numerous sites in the weeds .I e-mailed you because of the reasons you posted about yourself and because you got on the forum at American Greyhound asking for help from the other scabs your"re forced to deal with.I agree to all you conditions but one,Harlan and Tanner must help you or I will crush them in Texas,notWest Virginia.Harlin for his ego and Tanner for hiding behind the nationals,Fuck ,the whole NGA  non profit thing is just a fraud,with members and board Dir. committing felonies in due course of businness. Those two will pay you  or Texas Rangers  will be digging up their farms and incinerator inch -by inch.Also his name was never mention because of a old friendship with Steven Boyds Dad, but old  Lesters pups were very photo -genic at Stevens old farm in Okla.and now at Johns and Stevens sister farm in Okla.I will probly delete that account ,,,but you use the info. Get another 13,000  and because of the time frame,mail it to address I give you tomorrow.Mail what you have and I'll trust you to Monday-Tues. AM. Moloneys Rep. is flying here sat. and I'll stall him and send him away,if I have major part of deposit.They think these "assets" will win election for them.Other than dog Issue,I don"t care who wins.Of all the states I find Yours to be-really tough.30  years ago when they were tring to get racing Legalised Carney & Keelan would fly me and John Boyd in to the Town Meeting with a couple of dogs and a Jack o-lure.   me

**From: dean miner <sixthandeighth@yahoo.com>**
**To: MARSHALL RAE <mrshllr@yahoo.com>**
**Sent: Thursday, September 22, 2011 1:55 PM**
**Subject: Re: dogs**

Mr. Rae:

I have, $27,500 so far which includes my $10,000.  Even though, I am guilty of nothing, as a businessman, I understand that 50k to maintain the 3-4 million that we run for makes good business sense.  That last thing that I need is WV points going back to $30.  My problem is, as you are most certainly aware, is greyhound unity. I've contacted several of the bigger operations involved and have not heard back from most of them.  Maybe, they think this will go away if it's ignored. I've learned in my 25+ years in the business that things don't go away.  I will continue to press them the rest of the day and through the weekend.  I called Guccione and he's basically washed his hands of this-that the board

would not approve funding. He said the NGA would not get involved at all, but to keep him posted. Gutless to the end. He did assure me that your assets are real which is why I'm emailing you with where things are presently.

Of course, I'm disappointed that you've "picked on" me for this project, but I think that I know why. I've been successful and I'm a very honorable person. I must, also, count on your honor that these assets will be turned over to me and that this payment will end this project. I'm counting on you not to be selling your assets to me and then to Theil. I need you to assure me that this isn't going to be an annual project. I respect that you're bitter about the industry, hell, so am I, but I'm hoping to stay in it for a few more years. My retirement accounts are depending on that.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** sixthandeighth@yahoo.com
**Sent:** Thursday, September 22, 2011 4:28 PM
**Subject:** dogs

Dean  sorry your stuck  but my assets do effect you    if moloneys people get them your racing for peanuts

# Application for Post Office Box or Caller Service / Part 1

Customer completes items 1, 3–7, 15, and 18. Post office completes shaded items 2, 8–14, 16, 17, and 19.

| | |
|---|---|
| 1. Name(s) to which box number(s) is (are) assigned<br>Calvin Porter<br>Elizabeth Mullally | 2. Box or caller numbers<br><br>through 457 |
| 3. Name of person applying, title (if representing an organization), and name of organization *(if different from item 1)*<br>CW Harry/ Marnie RAE | 4. Will this box be used for soliciting or doing business with the public? *(Check one)*<br>a. Yes ☐   b. No ☑ |
| 5. Address *(Number, street, apt. no.; city, state, and ZIP Code)*. When address changes, cross out address here and put new address on back.<br>3326 Meacham Ranch Rd<br>Angels Camp CA | 6. Telephone number<br>925-<br>932-6232 |
| 7. Signature of applicant *(identified in item 3)*<br>I agree to comply with all postal rules regarding post office box or caller services (as applicable).       *Elizabeth Mullally* | 8. Date application received<br>6/12/00 |
| 9. Enter two types of identification and ID nos. · one must be photo bearing *(Driver's license, military ID, other)*<br>A 701 6082 C A.<br>6344404 Kaiser | 10. Dates of service<br>6/12/00 through ___ | 13. Box size needed<br>#2 |
| | 11. Check eligibility for carrier delivery<br>☐ a. City ☐ b. Rural ☐ c. HCR ☑ d. None | 14. Identification and physical address verified by *(Initials)* |
| | 12. Service assigned<br>☐ a. Box ☐ b. Caller ☐ c. Reserve Number | |

PS Form **1093**, July 1998       3 keys purchased

*Use a separate form for each number or consecutive group of numbers. File part 1 alphabetically by customer's name.*

---

# Application for Post Office Box or Caller Service – Part 2      457

## Special Orders

15. Postmaster: The following named persons or representatives of the organization listed below are authorized to accept mail addressed to this (these) post office box(es) or caller number(s). Valid identification and proof of physical address must be provided with each name. Continue on back if necessary.

| | |
|---|---|
| a. Name(s) of applicant(s) *(Same as item 3)* | **Customer note:** The Postal Service may consider it valid evidence that a person is authorized to remove mail from the box if that person possesses a key or combination to the box. |
| b. Name of box customer *(Same as item 1)*<br>Calvin Porter<br>Elizabeth Mullally | |
| c. Other Authorized Representative    d. Other Authorized Representative | 19. Post office date stamp<br>JUN 12 2000 |
| 16. Box or caller number to which this card applies | |
| 17. Will this box be used for Express Mail reshipment? *(Check one)*<br>a. Yes ☐   b. No ☐ | |
| 18. Signature of applicant (same as item 3)<br>*I have read the instructions and agree to comply with the applicable standards. I certify that the statements made by me are true and complete. I understand that anyone who furnishes false or misleading information on this form or who omits material information requested on the form may be subject to criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). See complete Privacy Act Statement on the reverse.* | *Elizabeth Mullally*<br>ATTACHMENT H |

PS Form **1093**, July 1998

*Use a separate form for each number or consecutive group of numbers. File part 2 by box or caller number.*

# United States District SEALED

Eastern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
The Residence and Detached Garage located at 3326
Meacham Ranch Road, Angels Camp, California, and
a Lincoln Towncar, Florida License Plate 631YZW,
and any other vehicles parked at said residence and
under the control of occupants of said residence



**SEARCH WARRANT** ISSUED

CASE NUMBER:      -       -     ( )
                     1: 11 SW 0 0 2 2 1   SKO

TO: Ramon C. Johnson _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Ramon C. Johnson _____ who has reason to
                                                    Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
See Attachment 1.

in the Eastern _____ District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
See Attachment 2.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  *October  7, 2011*
                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established) and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to  *Sheila K. Oberto*
                                                                    U. S. Judge or Magistrate

as required by law.

*September 28, 2011 at 4:16 p.m.*                    at    Fresno, CA
Date and Time Issued                                          City and State

                                                              *Sheila K. Oberto*

Shelia K. Oberto, U.S. Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer

AO 109 (2/90)  Seizure Warrant

## ATTACHMENT 1

- 3326 Meacham Ranch Road, Angels Camp, California is a parcel of land off Meacham Ranch Road. There is a white fence on the side of Meacham Ranch Road, at the head of a dirt driveway, which contains "3326" in black letters. The aforementioned dirt driveway provides access onto the parcel of land. On a hilltop on the plot of land is the real property to be searched, a one-story single-family residence with a light gray wooden exterior and a brown wooden deck attached, and a detached garage with a light gray wooden exterior.





- Lincoln Towncar, Florida plate #631YZW, as well as any other vehicles parked

  at the aforementioned residence and under the control of occupants of the

  residence.



## ATTACHMENT 2

1. Electronic devices used for internet access.

2. Media capable of storing video recordings or photographs.

3. Means for creating or duplicating video recordings.

4. Personal computers containing materials relating to:

   a. greyhound racing;
   b. video recordings of greyhounds or events connected to greyhound racing;
   c. communications regarding greyhound racing or video recordings of greyhounds or of events connected to greyhound racing;
   d. communications with the Office of the Governor of West Virginia;
   e. communications with any individual pertaining to a plan to release video recordings connected with greyhound racing.

5. Documents, correspondence, photographs, or other materials relating to:

   a. greyhound racing;
   b. video recordings of greyhounds or events connected to greyhound racing;
   c. communications regarding greyhound racing or video recordings of greyhounds or of events connected to greyhound racing;
   d. communications with the Office of the Governor of West Virginia;
   e. communications with any individual pertaining to a plan to release video recordings connected with greyhound racing.

6. The cellular telephone assigned number 785-280-9123;

7. Devices capable of recording outgoing telephone numbers dialed from telephone number 209-736-6873.

## RETURN

, DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

Date