AO 93 (Rev. 5/85) Search Warrant

# United States District Court



FILED
OCT 06 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CF
DEPUTY CLERK

Eastern DISTRICT OF California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
The Residence and Detached Garage located at 3326 Meacham Ranch Road, Angels Camp, California, and a Lincoln Towncar, Florida License Plate 631YZW, and any other vehicles parked at said residence and under the control of occupants of said residence

**SEARCH WARRANT**

CASE NUMBER: 1:11-sw-221SKO

TO: Ramon C. Johnson _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Ramon C. Johnson _____ who has reason to
                                                            Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
See Attachment 1.

in the Eastern _____ District of California _____ there is now
concealed a certain person or property, namely. (describe the person or property)
See Attachment 2.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   October 7, 2011
                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Sheila K. Oberto
                                                                    U.S. Judge or Magistrate
as required by law.

September 28, 2011 at 4:16 p.m.                at    Fresno, CA
Date and Time Issued                                  City and State

                                                     /s/ Sheila K. Oberto

Shelia K. Oberto, U.S. Magistrate Judge              Signature of Judicial Officer
Name and Title of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/28/2011 | 09/29/2011 | Elizabeth Mullally |

**INVENTORY MADE IN THE PRESENCE OF**
SA Damarys Tellado

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See attached FD-597.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* U.S. Judge or Magistrate Judge     Date 10/6/2011

FD-597 (Rev 8-11-94)                                                               Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 9A-PG-59470

On (date) 9/29/2011 at approx. 8:45 AM

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Elizabeth Mullally
(Street Address) 3326 Meacham Ranch Rd.
(City) Angels Camp, CA

Description of Item(s):

1) Greyhound magazine, notebook, 2 envelopes found in Lincoln Florida license plate 631YZW
2) Laptop EMachines E725-4520 SN LXN3202007003HD380601 with power cord Rm-B
3) Tower E-Machines EMonster 1000B SN RM1000614090008 Rm-A
4) Cell phone LG Virgin Mobile black with charger Rm-B
5) HP laptop G72-B66US SN 5CB0483QC4 Rm-C (power cord)
6) HP Pavilion dv 5000 SN CND6061R1P Rm-C (power cord)
7) Greyhound magazines and Sprint Phonebill Rm-A
8) 4 CD's, 1 USB Flash Drive, miscellaneous documents, email Rm-B
9) 20 CD-Roms/DVD Disks Rm-B
10) 1 USB Thumbdrive Rm-C

NOTHING FURTHER

Received By: ____(Signature)____    Received From: Elizabeth Mullally (Signature)